Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

**E-FILING**

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

ADR

ORIGINAL FILED
08 JAN 17 PM 1:57
RICHARD W. WIEKING
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | C 08 00324 RMW PVT |
| Plaintiff, | CERTIFICATION AS TO INTERESTED PARTIES |
| vs. | |
| MAN THI DOAN and VAN MAN NGUYEN, INDIVIDUALLY and d/b/a KING PIZZA, | |
| Defendants. | |

The undersigned, counsel of record for Plaintiff, J & J Sports Productions, Inc. certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

## PARTIES

*Plaintiff, J & J Sports Productions, Inc.*
c/o Law Offices of Thomas P. Riley, P.C.
Attention: Thomas P. Riley
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Telephone: (626) 799-9797
Facsimile:  (626) 799-9795

Page 1

1 | *Defendant,* Man Thi Doan, individually and d/b/a King Pizza
2 | 1632 Story Road
3 | San Jose, CA 95122

4 | *Defendant,* Van Man Nguyen, individually and d/b/a King Pizza
5 | 1632 Story Road
6 | San Jose, CA 95122

9 | Dated: 1/16/08

**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

12 | ///
13 | ///
14 | ///
15 | ///
16 | ///
17 | ///
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///