IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | ***E-FILED - 5/9/08*** |
| Plaintiff, | CASE NO.: C-08-00324-RMW |
| v. | **CLERK'S NOTICE OF CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| MAN THI DOAN, et al., | |
| Defendant. | |

PLEASE TAKE NOTICE that the Case Management Conference in the above-entitled matter which was previously set for May 16, 2008, has been continued to **May 23, 2008 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are required to file a Joint Case Management Statement by May 16, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED: May 9, 2008

*/s/ Jackie Garcia*

JACKIE GARCIA
Courtroom Deputy for
Honorable Ronald M. Whyte

1  Copy of Order E-Filed to Counsel of Record:
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28