| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA  91030 | (626) 799-9797<br><br>tprlaw@att.net<br>Ref. No. or File No.| |
| ATTORNEY FOR (Name):   PLAINTIFF | KING PIZZA 1/21/06 | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
280 SOUTH FIRST STREET
SAN JOSE, CA  95113

PLAINTIFF/PETITIONER:

J & J SPORTS PRODUCTIONS, INC.

DEFENDANT/RESPONDENT:

DOAN

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C0800324RMWPVT |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the

   SUMMONS IN A CIVIL CASE, COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AS TO INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDERS INFORMATION; WELCOME TO THE USDC FOR THE NORTHERN DIST. OF CALIF., CLERK'S OFFICE, SAN JOSE DIVISION INFORMATION PACKAGE

3. a. Party served:   VAN MAN NGUYEN, INDIVIDUALLY AND D/B/A KING PIZZA

4. Address where the party was served:   2782 BATON ROUGE DRIVE, #A
   SAN JOSE, CA  95133

5. I served the party
   b. **by substituted service.** On:   July 30, 2008 at: 07:50 am   I left the documents listed in item 2
   with or in the presence of   "JOHN DOE" (REFUSED NAME) - CO-OCCUPANT

   PHYSICAL DESCRIPTION OF PERSON SERVED:
   Age: 50    Weight: 140    Hair: BLACK    Race: ASIAN
   Sex: M     Height: 5'7"   Eyes: BROWN
   Marks:

   (2) **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service.
   under the following Code of Civil Procedure section :
   SERVICE MADE PURSUANT TO FRCP 4(e) (2)

7. **Person who served papers**
   a. M. KANDEFER
   b. ABSOLUTE SERVICE OF LOS ANGELES
      1301 WEST SECOND STREET, SUITE 204
      LOS ANGELES, CA 90026
   c. (213) 481-7334

   d. **The fee** for service was: $95.00
   e. I am: (3) registered California process server.
      (i) independent contractor
      (ii) Registration No.: 1156
      (iii) County: SANTA CLARA

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 5, 2008

_M. Kandefer_
M. KANDEFER

Judicial Council form POS-010 Rev. 01/01/07          **PROOF OF SERVICE**          10241-2/asgensdo

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA 91030 | (626) 799-9797<br>tprlaw@att.net<br>Ref. No. or File No.<br>KING PIZZA 1/21/06 | |
| ATTORNEY FOR (Name):  PLAINTIFF | | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
280 SOUTH FIRST STREET
SAN JOSE, CA  95113

PLAINTIFF:
J & J SPORTS PRODUCTIONS, INC.

DEFENDANT:
DOAN

| DECLARATION<br>RE: DILIGENCE | DATE | TIME | DEPT/DIV | CASE NUMBER:<br>C0800324RMWPVT |
|---|---|---|---|---|

I received the within process on May 16, 2008 and that after due and diligent effort I have been unable to personally serve said party. The following itemization of the dates and times of attempts details the efforts made to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Party Served:  VAN MAN NGUYEN, INDIVIDUALLY AND D/B/A KING PIZZA

Residence:  Residence address was not known at the time of service.

Business:  2782 BATON ROUGE DRIVE, SUITE A, SAN JOSE, CA 95133

As enumerated below:

May 22, 2008  01:50 pm
  NO ANSWER (RESIDENCE).
May 25, 2008  10:20 am
  NO ANSWER (RESIDENCE).
May 26, 2008  05:55 pm
  NO ANSWER (RESIDENCE), NO ACTIVITY.
May 28, 2008  09:15 pm
  NO ANSWER (RESIDENCE), PREMISES DARK.
May 31, 2008  11:50 am
  NO ANSWER (RESIDENCE), HEARD MOVEMENT FROM INSIDE OF RESIDENCE, BUT NO RESPONSE.
June 3, 2008  06:50 am
  NO ANSWER (RESIDENCE).
June 6, 2008  12:35 pm
  NO ANSWER (RESIDENCE), NO ACTIVITY.
June 8, 2008  06:10 pm
  BAD ADDRESS (RESIDENCE): 2782 BATON ROUGE DRIVE, #A, SAN JOSE, CA 95133. PER ASIAN FAMILY, SUBJECT IS UNKNOWN.

(CONTINUED ON NEXT PAGE)

Person who served papers
  M. KANDEFER
  ABSOLUTE SERVICE OF LOS ANGELES
  1301 WEST SECOND STREET, SUITE 204
  LOS ANGELES, CA 90026
  (213) 481-7334

The fee for service was: $95.00
I am: registered California process server.
  independent contractor
  Registration No.: 1156
  County: SANTA CLARA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 5, 2008                              M. Kandefer
                                                   M. KANDEFER

Judicial Council form POS-010         DECLARATION REGARDING DILIGENCE         10241-2/asdt

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA 91030 | (626) 799-9797<br>tprlaw@att.net<br>Ref. No. or File No.: | |
| ATTORNEY FOR (Name): PLAINTIFF | KING PIZZA 1/21/06 | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
280 SOUTH FIRST STREET
SAN JOSE, CA 95113

PLAINTIFF:
J & J SPORTS PRODUCTIONS, INC.

DEFENDANT:
DOAN

| DECLARATION RE: DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: C0800324RMWPVT |
|---|---|---|---|---|

July 1, 2008
    ADDRESS VERIFIED THROUGH SKIP TRACE, SENDING DOCUMENTS BACK OUT FOR SERVICE AT GIVEN ADDRESS.
July 7, 2008  07:05 pm
    NO ANSWER (RESIDENCE).
July 10, 2008  03:05 pm
    NO ANSWER (RESIDENCE).
July 13, 2008  10:00 am
    NO ANSWER (RESIDENCE).
July 17, 2008  08:55 pm
    NO ANSWER (RESIDENCE).
July 20, 2008  01:20 pm
    NO ANSWER (RESIDENCE).
July 23, 2008  10:30 pm
    NO ANSWER (RESIDENCE).
July 27, 2008  12:30 pm
    NO ANSWER (RESIDENCE).
July 30, 2008  07:00 am
    BEGIN STAKEOUT.
July 30, 2008  07:49 am
    END STAKEOUT.
July 30, 2008  07:50 pm
    SUBSTITUTED SERVICE. RECIPIENT INSTRUCTED TO DELIVER DOCUMENTS TO DEFENDANT AS NAMED.

Person who served papers
M. KANDEFER
ABSOLUTE SERVICE OF LOS ANGELES
1301 WEST SECOND STREET, SUITE 204
LOS ANGELES, CA 90026
(213) 481-7334

The fee for service was: $95.00
I am: registered California process server.
    Employee or independent contractor
    Registration No.: 1156
    County: SANTA CLARA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 5, 2008

                                                                      M. KANDEFER

Judicial Council form POS-010      DECLARATION REGARDING DILIGENCE      10241-2/asdd2

| | | |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA  91030 | TELEPHONE NO.<br>(626) 799-9797<br>tprlaw@att.net<br>Ref. No. or File No<br>KING PIZZA 1/21/06 | FOR COURT USE ONLY |
| ATTORNEY FOR (Name)  PLAINTIFF | | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
280 SOUTH FIRST STREET
SAN JOSE, CA  95113

PLAINTIFF/PETITIONER:
J & J SPORTS PRODUCTIONS, INC.

DEFENDANT/RESPONDENT:
DOAN

| PROOF OF SERVICE BY MAIL | DATE | TIME | DEPT/DIV | CASE NUMBER<br>C0800324RMWPVT |
|---|---|---|---|---|

I am a citizen of the United States and employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1301 West Second Street, Suite 204, Los Angeles, CA 90026.

On July 31, 2008, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

SUMMONS IN A CIVIL CASE, COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AS TO INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDERS INFORMATION; WELCOME TO THE USDC FOR THE NORTHERN DIST. OF CALIF., CLERK'S OFFICE, SAN JOSE DIVISION INFORMATION PACKAGE

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, California, addressed as follows:

VAN MAN NGUYEN, INDIVIDUALLY AND D/B/A KING PIZZA
2782 BATON ROUGE DRIVE, #A
SAN JOSE, CA 95133

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at LOS ANGELES, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Person who served papers
M. MANCHESTER
ABSOLUTE SERVICE OF LOS ANGELES
1301 WEST SECOND STREET, SUITE 204
LOS ANGELES, CA 90026
(213) 481-7334

The fee for service was:  $95.00
I am: registered California process server.
  employee
  Registration No.: 5211
  County: LOS ANGELES

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 5, 2008

_____
M. MANCHESTER

Judicial Council form POS-010          PROOF OF SERVICE BY MAIL          10241-2/asopmail