Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiffs
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., | CASE NO. CV 08-0324 RMW |
| Plaintiff, | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed) |
| vs. | |
| Man Thi Doan, et al. | |
| Defendants. | |

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the initial Case Management Conference in this action, presently set for Friday, August 8, 2008 at 10:30 a.m. to a new date approximately forty-five (45) to sixty (60) days forward. This request will be, and is, made pursuant to Civil L.R. 7-11, and is necessitated by the fact that Plaintiff is only most recently perfected service of process of the suit papers as to the defendants named to this action.

Specifically, Defendant Man Thi Doan was served on June 8, 2008. Defendant Van Man Nguyen was served on July 30, 2008. Please see the pertinent Proofs of Service on file as Docket Entries 9 and 10.

In addition, as of this writing, Plaintiff has yet to receive an answer or any other responsive pleading from the either one of defendants. As a result, Plaintiff's counsel has not conferred with each defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Case Management Conference Statement.

PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)
CASE NO. CV 07-0324 RMW
PAGE 1

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Case Management Conference presently scheduled for Friday, August 8, 2008 to a new date approximately forty-five (45) to sixty (60) days forward in order that responsive pleadings may be filed by the defendants and Plaintiff's counsel may thereafter confer with the defendants and/or the defendants' counsel and thereafter prepare and file a joint Case Management Conference Statement for the Court's review.

Respectfully submitted,

Dated: August 7, 2008

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///
///
///
///
///
///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)
CASE NO. CV 07-0324 RMW
PAGE 2**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **ORDER** (Proposed)

It is hereby ordered that the Case Management Conference in civil action number CV 08-0324 RMW styled *J & J Sports Productions, Inc. v. Man Thi Doan, et al*., is hereby continued from 10:30 am, Friday, August 8, 2008, to_____.

The Parties shall file a joint Case Management Statement in advance of the Case Management Conference pursuant to the Local Rules and the Standing Order of this Court.

Plaintiff shall also serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

_____         Dated:_____
**THE HONORABLE RONALD M. WHYTE**
**United States District Court**
**Northern District of California**

///
///
///
///
///
///
///
///
///
///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**
**CASE NO. CV 07-0324 RMW**
**PAGE 3**

1

2

## PROOF OF SERVICE (SERVICE BY MAIL)

3

     I declare that:

4

5

     I am employed in the County of Los Angeles, California.  I am over the age of eighteen years

6

and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena,

7

California.  I am readily familiar with this law firm's practice for collection and processing of

8

correspondence/documents for mail in the ordinary course of business.

9

10

     On August 7, 2008, I served:

11

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE**

12

**MANAGEMENT CONFERENCE; AND ORDER (Proposed)**

13

     On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage

14

prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

15

16

     Man Thi Doan (Defendant)
     2782 Baton Rouge Drive, #A

17

     San Jose, CA 95133

18

     Van Man Nguyen  (Defendant)

19

     2782 Baton Rouge Drive, #A
     San Jose, CA 95133

20

21

     I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing

22

is true and correct, and that this declaration was executed on August 7, 2008, at South Pasadena,

23

California.

24

Dated:  August 7, 2008              */s/ Michelle Ferreira*

25

                             **MICHELLE FERREIRA**

26

27

28

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**
**CASE NO. CV 07-0324 RMW**
**PAGE 4**