**E-FILED on**   10/23/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MAN THI DOAN and VAN MAN NGUYEN, <br><br> Defendants. | No. C-07-00324 RMW <br><br> ORDER VACATING HEARING DATE |

Plaintiff's motion for default judgment presently set for hearing on November 7, 2008 is hereby submitted on the papers without oral argument. *See* Civil L.R. 7-1(b). The hearing date of November 7, 2008 is vacated. If, upon consideration of the matter, the court deems that oral argument is necessary or would be helpful to the court, the matter will be reset for hearing no earlier than December 5, 2008.

DATED:   10/22/08

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER VACATING HEARING DATE—No. C-07-00324 RMW
JAS

**United States District Court**
For the Northern District of California

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Thomas Peter Riley           tprlaw@att.net

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 10/23/08                              /s/ JAS
                                         **Chambers of Judge Whyte**