**E-Filed on:** 11/14/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MAN THI DOAN; VAN MAN NGUYEN, individually, and d/b/a King Pizza. <br><br> Defendants. | No. C-08-00324 RMW <br><br> JUDGMENT |

On November 13, 2008 this court granted default judgment in favor of plaintiff J & J Sports Productions, Inc. and against defendant Man Thi Doan and Van Man Nyugen individually an d/b/a King Pizza. Plaintiff is entitled to $2500.

IT IS HEREBY ORDERED THAT defendant shall pay to plaintiff $2500.

DATED:     11/14/08

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING MOTION FOR DEFAULT JUDGMENT
C-08-00324 RMW
LL

**Notice of this document has been sent to:**

**Counsel for Plaintiff:**

Thomas P. Riley          tprlaw@att.net

**Defendants:**

(no contact information)

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     11/14/08                              JAS
                                         **Chambers of Judge Whyte**